Hogan, Curatrix, v. Thompson.

The validity of a decree appointing a curatrix of a vacant succession, cannot be enquired into collaterally.

It is the duty of the curatrix of a vacant succession to sell the moveable effects belonging to it at once, whether there be any debts due by the succession or not.

APPEAL from the Court of Probates of New Orleans, *Bermudez*, J. *Gaiennié*, for the plaintiff. *Livingston*, for the appellant. The judgment of the court was pronounced by

Rost, J. The plaintiff, in the capacity of curatrix of the vacant succession of *Andrew Thompson*, her husband, has instituted this action for the partition of certain moveable effects, held in common by the deceased and the defendant. The court below, upon due proof that the property could not be conveniently divided in kind, ordered a licitation for cash. From that decree the defendant has appealed.

The grounds upon which he asks a reversal of the judgment, are untenable. The decree of the court appointing the plaintiff curatrix, stands unreversed and unappealed from. We cannot enquire collaterally into its validity, or the correctness of the reasons which induced the decision of the judge. The plaintiff administers the succession for the benefit of the creditors and heirs, whoever they be. If there are no debts, the heirs, if present or represented, may take possession of the succession at any time ; but until they do, it is her duty to administer it according to law; and the first act of her administration must be, the sale of the moveable effects belonging to the succession.

*Judgment affirmed.*